UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IRAIDA CUEVAS,

                        Plaintiff,

           - against -

DELTA AIR LINES, INC.,

                       Defendant.
-------------------------------------------------------------X

21-CV-1997 (LAK) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the initial pretrial conference held on May 10, 2021, Plaintiff's counsel shall inform Defendant's counsel by **May 24, 2021**, of her position with respect to Defendant's assertion of the statute of limitations. Absent voluntary withdrawal of the complaint or other resolution, Defendant may file a motion to dismiss, which motion should be filed by **June 23, 2021**.

                                               SO ORDERED.

                                               _____
                                               ROBERT W. LEHRBURGER
                                               UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2021
       New York, New York

Copies transmitted this date to all counsel of record.